AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of Illinois___ on the following

☐ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT  Northern District of Illinois |
|---|---|---|
| **PLAINTIFF** | | **DEFENDANT** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Exhibit 1

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 543,994

Registered June 19, 1951

Renewal Term Begins June 19, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### CHRISTIAN DIOR

CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)

30 AVENUE MONTAIGNE

75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT AND CHANGE OF NAME FROM COMPTOIR DE L'INDUSTRIE COTONNIERE, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 369998, DATED 8-14-1946.

OWNER OF U.S. REG. NO. 519,367.

FOR: HANDBAGS AND POCKETBOOKS [; AND BELTS MADE FROM LEATHER FOR GENERAL USE IN CONNECTION WITH LUGGAGE], IN CLASS 3 (INT. CL. 18).

SER. NO. 71–577,562, FILED 4–23–1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 24, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered June 19, 1951

# Registration No. 543,994

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

Comptoir de l'Industrie Cotonniere, Société à
Responsabilité Limitée, Paris, France

Act of 1946

Original filed, act of 1946, Supplemental Regis-
ter, April 23, 1949; amended to application,
Principal Register, December 30, 1950, Serial
No. 577,562

# CHRISTIAN DIOR

## STATEMENT

Comptoir de l'Industrie Cotonniere, Société
à Responsabilité Limitée, a corporation duly or-
ganized under the laws of the French Republic,
located at Paris, France, and doing business at
21 Rue Poissonnière, Paris, France, has adopted
and is using the trade-mark shown in the ac-
companying drawing, for HANDBAGS AND
POCKETBOOKS; AND BELTS MADE FROM
LEATHER FOR GENERAL USE IN CONNEC-
TION WITH LUGGAGE, in Class 3, Baggage,
animal equipments, portfolios, and pocketbooks,
and presents herewith five specimens (or fac-
similes), showing the trade-mark as actually used
in connection with such goods, the trade-mark
being applied to the goods (the containers for the
goods, displays associated with the goods, and/or
tags or labels affixed to the goods) and requests
that the same be registered in the United States
Patent Office on the Principal Register in accord-
ance with the act of July 5, 1946.

Said trade-mark has been registered in France
under Reg. No. 369,998 dated August 14, 1946,
and said registration is now in force and effect.
Applicant's trade-mark consists of the name
Christian Dior, whose consent to register his
name as a trade-mark is of record in this case.
Applicant is the owner of U. S. Trade-Mark Reg.
No. 519,367 dated December 27, 1949, of the name
Christian Dior.

Leon M. Strauss, whose postal address is 535
Fifth Avenue, New York 17, State of New York,
is designated as applicant's representative on
whom notices or processes in proceedings affect-
ing the mark may be served.

COMPTOIR DE L'INDUSTRIE
COTONNIERE, SOCIÉTÉ À RE-
SPONSABILITÉ LIMITÉE,
By JEAN ROY,
*Mandatory of the Manager.*

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 580,207
Registered Sep. 22, 1953
Renewal Term Begins Sep. 22, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## CHRISTIAN DIOR

CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT AND CHANGE OF NAME FROM COMPTOIR DE L'INDUSTRIE COTONNIERE, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 369998, DATED 8–14–1946.
OWNER OF U.S. REG. NO. 519,367.
THE NAME "CHRISTIAN DIOR", IS THE NAME OF A LIVING PERSON WHOSE CONSENT TO REGISTER HIS NAME AS A TRADE-MARK IS OF RECORD IN THIS CASE.

FOR: JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES—NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS, IN CLASS 28 (INT. CL. 14).

FIRST USE 2–9–1951; IN COMMERCE 2–9–1951.

SER. NO. 71–619,485, FILED 9–11–1951.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 31, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Sept. 22, 1953

**Registration No. 580,207**

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

**Comptoir de l'Industrie Cotonniere, Société à Responsabilité Limitée, Paris, France**

Act of 1946

Application September 11, 1951, Serial No. 619,485

# CHRISTIAN DIOR

### STATEMENT

Comptoir de l'Industrie Cotonniere, Société à Responsabilité Limitée, a corporation duly organized under the laws of the French Republic, located at Paris, Department of Seine, France, and doing business at 21, Rue Poissonnière, Paris, Department of Seine, France, has adopted and is exercising legitimately control over the use of the trade-mark shown in the accompanying drawing, for JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES—NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS, in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens (or facsimiles), showing the trade-mark as actually used in connection with such goods by Christian Dior New York, Inc., of New York, N. Y., a related company, authorized by applicant to use such trade-mark, the trade-mark being applied to the goods, the containers for the goods, displays associated with the goods, and/or tags or labels affixed to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 5 of the act of July 5, 1946. The trade-mark is used upon the goods to indicate that the goods originate from a source authorized by or through the applicant and that applicant by agreements with the above related company controls and supervises the creation, nature and quality of the above goods.

The trade-mark was first used in commerce among the several States which may lawfully be regulated by Congress, on February 9, 1951 by the related company, such use inuring to the benefit of the applicant.

Said trade-mark has been registered in France under Reg. No. 369,998, dated August 14, 1946, and said registration is now in force and effect. The trade-mark consists of the name "Christian Dior", which is the name of a living person whose consent to register his name as a trade-mark is of record in this case.

Applicant is the owner of U. S. Trade-Mark Reg. No. 519,367, dated December 27, 1949.

Leon M. Strauss, whose postal address is 535 Fifth Ave., New York 17, N. Y., is designated as applicant's representative on whom notices or process in proceedings affecting the mark may be served.

COMPTOIR DE L'INDUSTRIE COTONNIERE, SOCIÉTÉ À RESPONSABILITÉ LIMITÉE,
By JEAN ROY,
*Mandatory of the Manager.*

COMB. AFF. SEC. 8 & 1F

SEP 1 8 1959

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 954,404
Registered Mar. 6, 1973
Renewal Term Begins Mar. 6, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## CHRISTIAN DIOR

CHRISTIAN DIOR, S.A. (FRANCE COR-
PORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF
NAME FROM CHRISTIAN DIOR, SO-
CIETE A RESPONSABILITELIMITEE
(FRANCE LIMITED LIABILITY COM-
PANY), PARIS, FRANCE

OWNER OF U.S. REG. NOS. 541,088,
580,207 AND 667,355.

"CHRISTIAN DIOR" IS THE NAME
OF AN ACTUAL INDIVIDUAL, NOW
DECEASED.

FOR: EYEGLASS FRAMES, SUN-
GLASSES AND EYEGLASS CASES, IN
CLASS 26 (INT. CL. 9).

FIRST USE 11-0-1965; IN COMMERCE
11-0-1965.

SER. NO. 72–364,308, FILED 7–6–1970.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 31, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**954,404**
Registered Mar. 6, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 364,308, filed July 6, 1970

## CHRISTIAN DIOR

Christian Dior, Societe a Responsabilite Limitee (French limited liability company)
30 Ave. Montaigne
Paris, France

For: EYEGLASS FRAMES, SUNGLASSES AND EYEGLASS CASES, in CLASS 26 (INT. CL. 9).
First use November 1965; in commerce November 1965.
"Christian Dior" is the name of an actual individual, now deceased.
Owner of U.S. Reg. Nos. 541,088, 580,207, and 667,355.

Int. Cl.: 9, 14, 18, 25

Prior U.S. Cl.: 3, 26, 28, 39

## United States Patent and Trademark Office

**Reg. No. 1,123,944**
Registered Aug. 14, 1979

## TRADEMARK
### Principal Register

CD

Christian Dior, S.A.R.L. (French corporation)
30 Avenue Montaigne
75008 Paris, France

For: OPTICAL APPARATUS—NAMELY, EYE-GLASS FRAMES—in CLASS 9 (U.S. CL. 26).
First use July 1968; in commerce July 1968.

For: JEWELRY AND HOROLOGICAL INSTRU-MENTS—NAMELY, WOMEN'S COSTUME JEW-ELRY, BRACELETS, AND WATCHES FOR MEN AND WOMEN—in CLASS 14 (U.S. CL. 28).
First use 1969; in commerce 1969.

For: ARTICLES MADE FROM LEATHER AND IMITATIONS THEREOF AND TRAVELING BAGS—NAMELY, LUGGAGE FOR MEN AND WOMEN—in CLASS 18 (U.S. CL. 3).
First use October 1972; in commerce October 1972.

For: WOMEN'S BLOUSES, SKIRTS, DRESSES, JACKETS, SUITS, COATS; MEN'S SUITS, BELTS, AND SPORT JACKETS, in CLASS 25 (U.S. CL. 39).
First use 1948; in commerce 1948.

Ser. No. 46,727, filed Mar. 17, 1975.

B. CHAPMAN, Examiner

Int. Cls.: **18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 19, 22, 37, 39, 41, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. 1,776,536
Registered June 15, 1993

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: ATHLETIC BAGS; ATTACHE CASES; BABY CARRIERS WORN ON THE BODY; BACKPACKS; BEACH BAGS; BEACH UMBRELLAS; BILLFOLDS; BOOK BAGS; BRIEFCASE TYPE PORTFOLIOS; BRIEFCASES; BUSINESS CARD CASES; CALLING CARD CASES; CANE HANDLES; CANES; CARRY-ON BAGS; NON-MOTORIZED COLLAPSABLE LUGGAGE CARTS; CHANGE PURSES; CLUTCH BAGS; CLUTCH PURSES; COIN PURSES; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; DIAPER BAGS; DOCUMENT CASES; DRAWSTRING POUCHES; DUFFEL BAGS; FANNY PACKS; FELT POUCHES; FRAMES FOR UMBRELLAS; FUR PELTS; FURS SOLD IN BULK; GARMENT BAGS FOR TRAVEL; GOLF UMBRELLAS; GYM BAGS; HANDBAGS; HARNESS STRAPS; HAT BOXES FOR TRAVEL; KEY CASES; KNAPSACKS; LEATHER SOLD IN BULK; LUGGAGE; OVERNIGHT BAGS; OVERNIGHT CASES; PARASOLS; PASSPORT CASES, HOLDERS OR WALLETS; PATIO UMBRELLAS; PELTS; POCKETBOOKS; PURSES; SADDLERY; SATCHELS; SCHOOL BAGS; SHOEBAGS FOR TRAVEL; LEATHER SHOPPING BAGS; MESH SHOPPING BAGS; TEXTILE SHOPPING BAGS; SHOULDER BAGS; ANIMAL SKINS; ALL-PURPOSE SPORTS BAGS; SPORTSMAN'S HUNTING BAGS; STRAPS FOR HANDBAGS; STRAPS FOR LUGGAGE; SUITCASES; THONGS; TOILETRY CASES SOLD EMPTY; TOOL BAGS SOLD EMPTY; TOTE BAGS; TRAVEL BAGS; TRAV-

2                    1,776,536

ELING BAGS; TRUNKS FOR TRAVELING; UMBRELLA COVERS; UMBRELLA HANDLES; UMBRELLA RINGS; UMBRELLAS; VALISES; VANITY CASES SOLD EMPTY; WAIST PACKS; WALKING CANES FOR NON-MEDICAL PURPOSES; WALKING STICK HANDLES; WALKING STICKS; AND, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 19, 22, 37 AND 41).

FOR: AFGHANS; BARBECUE MITTS; BATH LINEN; FABRIC BATH MATS; BED CANOPIES, BED LINEN; BED PADS; BED SHEETS; BED SPREADS; BLANKETS; BOLTING CLOTH; BROCADE; BUCKRUM; CALICO; CHEESE CLOTH; CHENILLE FABRIC; CHEVIOT FABRIC; CLOTH BANNERS; CLOTH DOILIES; CLOTH FLAGS; CLOTH LABELS; CLOTH NAPKINS FOR REMOVING MAKEUP; COMFORTERS; COTTON FABRIC; CREPE CLOTH; CRIB BUMPERS; CRIB CANOPIES; CURTAIN FABRIC; CURTAINS; DAMASK; DISH CLOTHS; DRAPERIES; DUST RUFFLES; DUVET COVERS; DUVETS; FABRIC FOR BOOTS AND SHOES; UNFITTED FABRIC FURNITURE COVERS; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOONS; FABRIC OF IMITATION ANIMAL SKIN; FABRIC TABLE RUNNERS; FELT CLOTH; FIBERGLASS FABRIC FOR TEXTILE USE; FLANNEL; FLAX CLOTH; FRIEZE; GAUZE FABRIC; GLASS CLOTH; HANDKERCHIEFS; HEMP CLOTH; JERSEY MATERIAL; JUTE CLOTH; KITCHEN TOWELS; LINEN; HOUSEHOLD LINEN; LINEN LINING FABRIC FOR SHOES; MATTRESS COVERS; MATTRESS PADS; MOLE SKIN; MOSQUITO NETS; NET CURTAINS; NYLON FABRIC; OIL CLOTHS; OVEN MITTS; PENNANTS NOT OF PAPER; PILLOW CASES; PILLOW SHAMS; POLYESTER FABRIC; POT HOLDERS; PRINTED TEXTILE LABELS; QUILTS; RAGS FOR PAPER MAKING; RAMIE FABRIC; RAYON FABRIC; SACKCLOTH; SAIL CLOTH; SARIS; SHAMS; SHROUDS; SILK CLOTH; SILK FABRIC FOR PRINTING PATTERNS; TABLE CLOTHS NOT OF PAPER; TABLE LINEN; TABLE LINEN, NAMELY, COASTERS; TABLE MATS NOT OF PAPER; TAFFETA; TAPESTRIES OF TEXTILE; TEA TOWELS; TEXTILE BATHMATS; TEXTILE LININGS FOR GARMENTS; TEXTILE NAPKINS; TEXTILE NAPKINS FOR REMOVING MAKEUP; TEXTILE PLACEMATS; TEXTILE USED AS LINING FOR CLOTHING; TEXTILE WALL HANGINGS; TOWELS; TULLE; UPHOLSTERY FABRICS; VELVET; WASHCLOTHS; WASHING MITTS; WINDOW CURTAINS; WOOLEN CLOTH; AND, WOOLEN

FABRIC, IN CLASS 24 (U.S. CLS. 1, 39, 42 AND 50).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN; NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; LOUNGEWEAR; MITTENS; MOCCASINS; MUFFLERS; NECKERCHIEFS; NECKTIES; NECKWEAR; NEGLIGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNORS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; NIGHTSHIRTS; UNDERSHIRTS; SHOES; GYM SHORTS; SWEAT SHORTS; SKIRTS; SKI SUITS; SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEAT SHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 307091, FILED 9-9-1991, REG. NO. 1692445, DATED 9-9-1991, EXPIRES 9-9-2001.

THE TRADEMARK CONSISTS OF THE REPEATED COMBINATION OF TWO GRIDS; THE FIRST FORMED BY TWO PARALLEL LINES SEPARATED FROM EACH OTHER IN A RATIO OF ONE TO TWO WITH THEIR INTER-AXIS; AND, THE SECOND FORMED BY A SINGLE LINE INTERSECTING THE FIRST GRID AT 45 DEGREES FOLLOWING THE AXIS DETERMINED BY THE MIDDLE OF THE INTER-AXIS OF THE FIRST GRID IN ITS NON-SECANT PARTS.

SER. NO. 74-241,482, FILED 1-30-1992.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cls.: 9 and 14

Prior U.S. Cls.: 2, 8, 13, 26, 27, 28, 34 and 50

## United States Patent and Trademark Office

Reg. No. 1,872,313
Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR, S.A. (FRANCE CORPORA-TION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: BINOCULARS; CONTACT LENS CASES; CONTACT LENSES; EYEGLASS CASES; EYEGLASS FRAMES; EYEGLASS LENSES; EYEGLASSES; AND PARTS THERE-OF; SPECTACLES; SUNGLASSES; AND, SUN-GLASS LENSES, IN CLASS 9 (U.S. CL. 26).

FOR: ALARM CLOCKS; ANKLE BRACE-LETS; BELT BUCKLES OF PRECIOUS METAL FOR CLOTHING; BRACELETS OF PRECIOUS METAL; BROOCHES; NON-ELECTRIC CANDE-LABRAS MADE OF PRECIOUS METAL; CANDLE HOLDERS OF PRECIOUS METAL; CANDLESTICKS OF PRECIOUS METAL; CHARMS; CHRONOGRAPHS; CHRONO-METERS; CIGARETTE CASES MADE OF PRE-CIOUS METAL; CIGARETTE HOLDERS OF PRECIOUS METAL; CIGARETTE LIGHTERS OF PRECIOUS METAL; CLOCKS; PARTS FOR CLOCKS; COFFEE POTS OF PRECIOUS METAL; NON-ELECTRIC COFFEE SERVERS OF PRECIOUS METAL; COFFEE SERVICES OF PRECIOUS METAL; COSTUME JEWELRY; CRUETS OF PRECIOUS METAL; CUFF LINKS; DECORATIVE BOXES MADE OF PRECIOUS METAL; DIAMONDS; EAR CLIPS; EMER-ALDS; HAT ORNAMENTS OF PRECIOUS METAL; JEWELRY IDENTIFICATION BRACE-LETS; JEWELRY; JEWELRY BOXES OF PRE-CIOUS METAL; JEWELRY CASES OF PRE-CIOUS METAL; JEWELRY LAPEL PINS; ME-DALLIONS; PRECIOUS METAL MONEY CLIPS; NAPKIN RINGS OF PRECIOUS METAL; NUT CRACKERS OF PRECIOUS METAL; OR-NAMENTAL PINS; PEARLS; PENDANTS;

2                                    1,872,313

RINGS; SCULPTURES MADE OF PRECIOUS METAL; SEMI PRECIOUS GEMSTONES; SHOE ORNAMENTS OF PRECIOUS METAL; TEA INFUSERS OF PRECIOUS METAL; TEA POTS OF PRECIOUS METAL; TEA SERVICES OF PRECIOUS METAL; TIE FASTENERS; SERVING TRAYS OF PRECIOUS METAL; PRECIOUS METAL TROPHIES; WALL CLOCKS; WATCH BANDS; WATCH CHAINS; WATCH FOBS; WATCHES; PARTS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 8, 13, 27, 28, 34 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 93476584, FILED 7–16–1993, REG. NO. 93476584, DATED 7–16–1993, EXPIRES 7–16–2003.

OWNER OF U.S. REG. NO. 1,776,536.

THE TRADEMARK CONSISTS OF THE REPEATED COMBINATION OF TWO GRIDS; THE FIRST FORMED BY TWO PARALLEL LINES SEPARATED FROM EACH OTHER IN A RATIO OF ONE TO TWO WITH THEIR INTER-AXIS; AND, THE SECOND FORMED BY A SINGLE LINE INTERSECTING THE FIRST GRID AT 45 DEGREES FOLLOWING THE AXIS DETERMINED BY THE MIDDLE OF THE INTER-AXIS OF THE FIRST GRID IN ITS NON-SECANT PARTS.

SER. NO. 74–435,340, FILED 9–9–1993.

J. TINGLEY, EXAMINING ATTORNEY

Int. Cls.: 14 and 18

Prior U.S. Cls.: 2, 3, 27, 28, 41 and 50

Reg. No. 1,923,564

**United States Patent and Trademark Office**   Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER

# Dior

CHRISTIAN DIOR, S.A. (FRANCE CORPORA-
TION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: BELT BUCKLES OF PRECIOUS
METALS FOR CLOTHING; BROOCHES;
CHARMS; COSTUME JEWELRY; CUFF LINKS;
EAR CLIPS; JEWELRY; JEWELRY LAPEL
PINS; MONEY CLIPS OF PRECIOUS METAL;
ORNAMENTAL PINS; PENDANTS; TIE FAS-
TENERS; WATCH BANDS; WATCH CHAINS;
WATCH FOBS; WATCHES; SILVER TEA
SERVICES; AND, SILVER COFFEE SERVICES,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 10-0-1968; IN COMMERCE
10-0-1968.
FOR: BILLFOLDS; BUSINESS CARD CASES;
CARRY-ON BAGS; CHANGE PURSES; CLUTCH
BAGS; CLUTCH PURSES; COIN PURSES; COS-
METIC CASES SOLD EMPTY; CREDIT CARD
CASES; DIAPER BAGS; DOCUMENT CASES;
DRAWSTRING POUCHES; DUFFEL BAGS;
FELT POUCHES; GARMENT BAGS FOR
TRAVEL; HANDBAGS; KEY CASES; LUG-
GAGE; OVERNIGHT BAGS; PASSPORT
CASES, HOLDERS OR WALLETS; POCKET-
BOOKS; PURSES; SATCHELS; LEATHER
SHOPPING BAGS; SHOULDER BAGS; SUIT-
CASES; TOILETRY CASES SOLD EMPTY;
TOTE BAGS; TRAVEL BAGS; UMBRELLAS;
VANITY CASES SOLD EMPTY; AND, WAL-
LETS, IN CLASS 18 (U.S. CLS. 2, 3 AND 41).
FIRST USE 6-12-1970; IN COMMERCE
6-12-1970.
OWNER OF U.S. REG. NOS. 954,415, 954,418,
AND 1,017,654.

SER. NO. 74-522,863, FILED 5-2-1994.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,240,163**

Registered Apr. 20, 1999

# TRADEMARK
## PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELERY, PRECIOUS STONES, CHARMS, MEDALLIONS, CLOCKS, WATCHES AND CHRONOMETERS AND CASES THEREFOR, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: SATCHELS, CLUTCH BAGS, RUCKSACKS, TRUNKS FOR TRAVEL, LUGGAGE, CHANGE PURSES, POCKETBOOKS, DRAWSTRING POUCHES, HAT BOXES FOR TRAVEL, LEATHER AND LEATHER-IMITATION BAGS FOR SHOPPING, ATTACHE CASES, COSMETIC AND VANITY CASES SOLD EMPTY, DOCUMENT CASES, TRAVELING CASES, PURSES, WALLETS, BRIEFCASES, KEY CASES, BUSINESS CARD CASES, LEATHER STRAPS, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ANOR-AKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; LOUNGEWEAR; MITTENS; MOCCASINS; MUFFLERS; NECKERCHIEFS; NECKTIES; NECKWEAR; NEGLIGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS;

2                                    2,240,163

NIGHTSHIRTS; UNDERSHIRTS; SHOES; GYM SHORTS; SWEAT SHORTS; SKIRTS; SKI SUITS; SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEAT SHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96 643 257, FILED 9–26–1996, REG. NO. 96/643257, DATED 9–26–1996, EXPIRES 9–26–2006.

SER. NO. 75–258,476, FILED 3–17–1997.

JENNIFER FRASER, EXAMINING ATTORNEY

Int. Cls.: 9 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,561,323

Registered Jan. 13, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# Dior

CHRISTIAN DIOR COUTURE (FRANCE SOCI-
ETE ANONYME)
30, AVENUE MONTAIGNE
F-75008 PARIS
FRANCE

FOR: SCIENTIFIC APPARATUS OTHER THAN
FOR MEDICAL PURPOSES, NAMELY, SURVEY-
ING MACHINES AND INSTRUMENTS; CAMERAS,
CINEMATOGRAPHIC CAMERAS, SCALES, MEA-
SURING TAPES, SIGNALING BUOYS, DIRECTION-
AL COMPASSES; LIFE-SAVING AND PROTECTION
EQUIPMENT, NAMELY, LIFE BELTS, LIFE JACK-
ETS, LIFE NETS, LIFE PRESERVERS, LIFE SAVING
RAFTS, LIFE BUOYS; PROTECTIVE EYEWEAR;
NETWORK ROUTERS; TIMERS; ELECTRICAL
LIGHTS FOR USE IN CRAFT WORK; APPARATUS
AND INSTRUMENTS FOR CONDUCTING,
SWITCHING, TRANSFORMING, ACCUMULAT-
ING, REGULATING OR CONTROLLING ELECTRI-
CITY, NAMELY, ELECTRICAL SWITCHES,
TRANSFORMERS, ACCUMULATOR BOXES, CON-
TINUITY TESTERS; ANEMOMETERS; SET-TOP
BOXES; ELECTRONIC INFORMATION PROCES-
SING APPARATUS, NAMELY, DECODERS, ENCO-
DERS, PROCESSORS, CENTRAL PROCESSING
UNITS; ELECTRONIC MEASURING AND CHECK-
ING APPARATUS, NAMELY, VOLTAGE AND
AMPERAGE TESTERS, DISTANCE MEASURING
APPARATUS, AIR PRESSURE MEASURING APPA-
RATUS, TEMPERATURE INDICATORS, SPEED IN-
DICATORS, BEVEL GAUGES, MEASURING
APPARATUS, NAMELY, RAIN GAUGES, SOLID
STATE AND AUDIO AMPLIFIERS; APPARATUS
FOR RECORDING, TRANSMITTING, REPRODU-
CING, SOUND OR IMAGES, NAMELY, RADIOS,
TELEVISIONS, VIDEO CAMERAS, STILL CAM-
ERAS, COMPUTERS; PHOTOCOPYING MA-
CHINES; DIGITAL ENTERTAINMENT SYSTEMS
FOR WATCHING STORING AND SHARING DIGI-
TAL CONTENT ON A HOME COMPUTER NET-
WORK; CENTRAL PROCESSING UNITS FOR

PROCESSING SOUND AND IMAGE FILES; AUDIO-
VISUAL, TELECOMMUNICATION, AND TELEVI-
SION APPARATUS, NAMELY, RADIOS,
COMPUTERS, CD ROM PLAYERS AND RECOR-
DERS, MP3 PLAYERS AND RECORDERS, DVD
PLAYERS AND RECORDERS, TAPE PLAYERS
AND RECORDERS CD PLAYERS AND RECOR-
DERS, VIDEO GAME CONSOLES FOR USE WITH
AN EXTERNAL DISPLAY SCREEN MONITOR;
VIDEO RECORDERS; TELEPHONE APPARATUS,
NAMELY, WIRELESS TELEPHONES AND AN-
SWERING MACHINES; DICTATION MACHINES;
VIDEO PROJECTORS; CAR RADIOS, AERIALS;
SATELLITE DISHES WITH ANTENNAE; REMOTE
CONTROLS FOR TELEVISIONS, COMPUTERS,
RADIOS, CD ROM, DVD, GAME CONSOLES, VI-
DEO RECORDERS, CD ROM PLAYERS AND RE-
CORDERS, DVD PLAYERS AND RECORDERS; HI-
FI SYSTEMS, NAMELY, RADIO-CASSETTE PLAY-
ERS AND RECORDERS, CD ROM PLAYERS AND
RECORDERS, HEADPHONES, CABINETS FOR
LOUDSPEAKERS, REMOTE CONTROLS; RECOR-
DED COMPUTER OPERATING SOFTWARE; ELEC-
TRICAL DEVICES AND DATA PROCESSING
EQUIPMENT, NAMELY, COMPUTER TERMINALS
AND COMPUTER SOFTWARE USED FOR AU-
THENTICATION AND IDENTIFICATION FOR
USER ACCESS TO ELECTRONIC SYSTEMS;
ETHERNET REPEATERS; EXPOSED CINEMATO-
GRAPHIC FILMS; AUDIO AND VIDEO RECORD-
INGS FEATURING GAMES, MUSIC, CONCERTS,
LIVE ENTERTAINMENT, SHOWS, NEWS, CUL-
TURAL EVENTS, SPORTS EVENTS, SEMINARS,
CONFERENCES; BLANK MAGNETIC TAPES, VI-
DEO TAPES, VIDEO CASSETTES, AUDIO AND
VIDEO COMPACT DISCS, OPTICAL DISCS AND
CD ROMS FOR SOUND AND VIDEO RECORDING;
DIGITAL DISC DRIVES; DIGITAL VIDEODISCS
FEATURING GAMES, MUSIC, CONCERTS, LIVE
ENTERTAINMENT, SHOWS, NEWS, CULTURAL
EVENTS, SPORTS EVENTS, SEMINARS, CONFER-
ENCES; ELECTRONIC MEDIA FOR USE WITH

GAME CONSOLES, NAMELY, GAME CARTRID-GES; BLANK MAGNETIC RECORDING MEDIA, NAMELY, BLANK MAGNETIC DISCS, BLANK MAGNETIC TAPES; ELECTRONIC CIRCUIT CARDS; ELECTRONIC MONEY MEDIA, NAMELY, MAGNETIC ENCODED CREDITS CARDS; ELECTRONIC CREDIT CARD READING MACHINES; ELECTRONIC COMPONENTS, NAMELY, INTEGRATED CIRCUIT CHIPS FOR CELL PHONES; SOUND AND VIDEO RECORDED DISCS FEATURING MUSIC, CONCERTS, LIVE ENTERTAINMENT, SHOWS, NEWS, CULTURAL EVENTS, SPORTS EVENTS, SEMINARS, CONFERENCES; COMPUTER MONITORS USED FOR DISPLAYING DATA AND IMAGES RECEIVED FROM THE GLOBAL COMPUTER NETWORK; CALCULATING MACHINES AND DATA PROCESSING APPARATUS, NAMELY, ADDING MACHINES, POCKET CALCULATORS; DATA PROCESSING SOFTWARE; CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADIATION AND FIRE; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE GOGGLES FOR USE IN SPORTS, SPORTS EYEWEAR, SPECTACLE CASES, MONOCLES, BINOCULARS, MONOCULARS, SPECTACLE FRAMES, MONOCULAR FRAMES, CONTACT LENSES, CONTAINERS FOR CONTACT LENSES; MEMORY CARDS AND ENCODED ELECTRONIC CHIP CARDS FOR COMPUTERS AND PHONES; LCD LARGE SCREEN DISPLAYS FOR USE AS TELEVISION SCREENS; COMPUTER SOFTWARE FOR PERMITTING ACCESS TO A COMPUTER OR DATA TRANSMISSION NETWORK, CONNECTED TO A GLOBAL COMMUNICATIONS NETWORK AND FOR PERMITTING ACCESS TO A PRIVATE OR RESTRICTED ACCESS NETWORK SUCH AS AN INTRANET; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TELECOMMUNICATION ACCESS SERVICES; TRANSMISSION OF INFORMATION ON OPTICAL TELECOMMUNICATIONS NETWORKS; INTERACTIVE INTERNET BROADCASTING SERVICES RELATING TO PRODUCT PRESENTATIONS; MOBILE RADIO-TELEPHONY SERVICES; NEWS AND INFORMATION AGENCY SERVICES, NAMELY, TRANSMITTING INFORMATION AND NEWS ITEMS TO NEWS REPORTING ORGANIZATIONS; SERVICE OF TRANSMISSION OF DATA BY TELECOMMUNICATION MEANS, NAMELY, TRANSMISSION OF TELEGRAMS, COMPUTER-AIDED AUDIO AND VISUAL IMAGE TRANSMISSIONS, TRANSMISSION OF INFORMATION BY TELEPRINTER; REMOTE TELEVISION TRANSMISSION SERVICES; RADIO OR CABLE TELEVISION BROADCAST SERVICES; BROADCASTING PROGRAMS VIA COMPUTER NETWORKS, RADIO, TELEVISION, CABLE TELEVISION, RADIO RELAY AND SATELLITES, NAMELY, BY TELEVISION, PERSONAL COMMUNICATION SERVICES, AND FROM VIDEO RECORDINGS AND SOUND RECORDINGS FEATURING MUSIC OR A TELEVISION PROGRAM, TRANSMISSION OF VOICE, AUDIO, VISUAL IMAGES AND DATA BY OPEN OR CLOSED TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, THE INTERNET, INFORMATION SERVICE NETWORKS AND DATA NETWORKS; RENTAL OF TELECOMMUNICATION APPARATUS FOR TRANSMITTING MESSAGES AND VIDEO FILMS; COMMUNICATION BY COMPUTER TERMINALS, BY FIBER-OPTIC COMPUTER NETWORKS; ONLINE DOWNLOADING SERVICES OF FILMS AND OTHER AUDIOVISUAL PROGRAMS, NAMELY, FASHION SHOWS; COMMUNICATION SERVICES VIA AN OPEN OR CLOSED GLOBAL COMPUTER NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

PRIORITY DATE OF 3-23-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0951058 DATED 8-24-2007, EXPIRES 8-24-2017.

OWNER OF U.S. REG. NO. 2,549,579.

SER. NO. 79-049,059, FILED 8-24-2007.

WILLIAM ROSSMAN, EXAMINING ATTORNEY

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39 and 41**

## United States Patent and Trademark Office

Reg. No. **2,749,176**

Registered Aug. 12, 2003

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: ATHLETIC BAGS; ATTACHE CASES; BABY CARRIERS WORN ON THE BODY; BACKPACKS; BEACH BAGS; BEACH UMBRELLAS; BILLFOLDS; BOOK BAGS; BRIEFCASE-TYPE PORTFOLIOS; BRIEFCASES; BUSINESS CARD CASES; CARRY-ON BAGS; NON-MOTORIZED COLLAPSIBLE LUGGAGE CARTS; CHANGE PURSES; CLUTCH BAGS; CLUTCH PURSES; COIN PURSES; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; DIAPER BAGS; DOCUMENT CASES; DRAWSTRING POUCHES; DUFFEL BAGS; FANNY PACKS; FELT POUCHES; GARMENT BAGS FOR TRAVEL; GOLF UMBRELLAS; GYM BAGS; HANDBAGS; HAT BOXES FOR TRAVEL; KEY CASES; KNAPSACKS; LUGGAGE; OVERNIGHT BAGS; OVERNIGHT CASES; PARASOLS; PASSPORT CASES, HOLDERS AND WALLETS; PATIO UMBRELLAS; POCKET-BOOKS; PURSES; SATCHELS; SCHOOL BAGS; SHOE BAGS FOR TRAVEL; LEATHER SHOPPING BAGS; MESH SHOPPING BAGS; TEXTILE SHOPPING BAGS; SHOULDER BAGS; ALL-PURPOSE SPORTS BAGS; SPORTSMAN'S HUNTING BAGS; SUITCASES; TOILETRY CASES SOLD EMPTY; TOTE BAGS; TRAVEL BAGS; TRUNKS FOR TRAVELING; UMBRELLAS; VALISES; VANITY CASES SOLD EMPTY; WAIST PACKS; WALKING CANES FOR NON-MEDICAL PURPOSES; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN; NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANNAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; LOUNGEWEAR; MITTENS; MOCCASINS; MUFFLERS; NECKERCHIEFS; NECKTIES; NECKWEAR; NEGLIGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; UNDERSHIRTS; SHOES; SWEAT SHORTS; SKIRTS; SKI SUITS; SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 1,346,410, DATED 3-13-1986, EXPIRES 3-13-2006.

OWNER OF U.S. REG. NOS. 1,781,433, 2,215,665 AND OTHERS.

SER. NO. 76-026,661, FILED 4-14-2000.

ANNE ENDIEVERI, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# J'ADIOR

**Reg. No. 5,505,434**

**Registered Jul. 03, 2018**

**Int. Cl.: 9, 14, 18, 25**

**Trademark**

**Principal Register**

CHRISTIAN DIOR COUTURE  (FRANCE SOCIÉTÉ ANONYME (SA))
30 Avenue Montaigne
F-75008 Paris
FRANCE

CLASS 9: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players; cases for telephones, protective cases for telephones

CLASS 14: Jewelry, jewelry articles; precious and semi-precious stones; pearls; precious metals and their alloys; items of jewelry, namely, bracelets, brooches, necklaces, chains, medals, pendants, earrings, rings, and charms; tie pins; cuff links; key rings; jewelry cases; boxes of precious metals; presentation boxes and cases for jewelry and timepieces; timepieces; chronometric instruments; watches; watch bands; watch dials; chronographs

CLASS 18: Leather and imitation leather; animal skins and fur pelts; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; attaché cases and document cases of leather and imitation leather; protective covers for clothing, namely, garment bags for travel; key cases of leather or imitation leather; all-purpose carrier bags; backpacks; handbags; traveling bags; vanity cases sold empty; clutch bags of leather; traveling sets being luggage of leather; toiletry and make-up bags sold empty; leather boxes not being jewelry boxes; umbrellas; shoulder belts of leather

CLASS 25: Clothing, namely, layettes, bibs not of paper, bath robes, bathing suits, shorts, belts, suspenders, blouses, cardigans, trousers, overalls, combinations, shirts, t-shirts, skirts, polo shirts, pullovers, vests, dresses, coats, tailleurs, parkas, overcoats, blousons, jackets, underwear, furs being clothing, wedding dresses, gloves, mittens, scarves, stoles, sashes for wear, shawls, neckties, collars, caps, hats, visors, hosiery, men's suits, ponchos, raincoats, socks, tights, leggings, pajamas, tracksuits, cuffs, and bedroom slippers; footwear; beach, ski, and sports footwear; boots; ankle boots; sandals; pumps being footwear; esparto shoes and sandals; headbands; headwear; headgear being knitted caps; clothing for sports, namely, shorts and shirts; clothing for children, namely, hats, shorts, dresses, and shoes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-22-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1360032 DATED 02-23-2017, EXPIRES 02-23-2027

The wording "J'ADIOR" has no meaning in a foreign language.

SER. NO. 79-214,192, FILED 02-23-2017



Director of the United States
Patent and Trademark Office

**Int. Cls.: 9, 14, 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50**

**Reg. No. 2,790,589**

## United States Patent and Trademark Office

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE, S.A. (FRANCE CORPORATION)
30 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE SPECTACLES, SPORT SPECTACLES, SPECTACLE GLASSES, SPECTACLE CASES, MONOCLES, BINOCULARS, LORGNETTES, SPECTACLE FRAMES, LORGNETTE FRAMES; CONTACT LENSES, CONTACT LENS CASES, SPECTACLE CLEANING CLOTHS; SPECIALTY HOLDERS FOR CARRYING PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS IN GENERAL AND THEIR ALLOYS SOLD IN BULK; PRECIOUS METALS AND THEIR ALLOYS SOLD AT RETAIL; JEWELRY, PRECIOUS GEMSTONES, CHARMS, MEDALS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, CLOCKS AND WRIST WATCHES, CASES FOR WATCHES, CLOCKS AND WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRODUCTS IN LEATHER AND IMITATION LEATHER, NAMELY– LEATHER KEY CHAINS, SATCHELS, HANDBAGS, RUCKSACKS, TRUNKS AND LUGGAGE, MONEYBAGS, TRAVELING BAGS AND LUGGAGE, DRAWSTRING POUCHES, ATTACHE CASES, SMALL MAKEUP CASES SOLD EMPTY, SMALL CASES FOR DOCUMENTS, TRAVELING CASES, TOILET AND MAKEUP CASES SOLD EMPTY, PURSES, WALLETS, BRIEF CASES, DOCUMENT CASES, BUSINESS CARD CASES, STRAPS FOR LUGGAGE AND HANDBAGS, WALKING STICKS, WHIPS AND SADDLERY; UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; NECKTIES; NECKWEAR; NEGLGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; UNDERSHIRTS; SHOES; SWEAT SHORTS; SKIRTS; SKI SUITS;

SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 023149400, DATED 2-21-2002, EXPIRES 2-21-2012.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

SER. NO. 76-437,088, FILED 8-2-2002.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

Reg. No. 2,790,589

## United States Patent and Trademark Office

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE, S.A. (FRANCE CORPORATION)
30 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE SPECTACLES, SPORT SPECTACLES, SPECTACLE GLASSES, SPECTACLE CASES, MONOCLES, BINOCULARS, LORGNETTES, SPECTACLE FRAMES, LORGNETTE FRAMES; CONTACT LENSES, CONTACT LENS CASES, SPECTACLE CLEANING CLOTHS; SPECIALTY HOLDERS FOR CARRYING PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS IN GENERAL AND THEIR ALLOYS SOLD IN BULK; PRECIOUS METALS AND THEIR ALLOYS SOLD AT RETAIL; JEWELRY, PRECIOUS GEMSTONES, CHARMS, MEDALS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, CLOCKS AND WRIST WATCHES, CASES FOR WATCHES, CLOCKS AND WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRODUCTS IN LEATHER AND IMITATION LEATHER, NAMELY– LEATHER KEY CHAINS, SATCHELS, HANDBAGS, RUCKSACKS, TRUNKS AND LUGGAGE, MONEYBAGS, TRAVELING BAGS AND LUGGAGE, DRAWSTRING POUCHES, ATTACHE CASES, SMALL MAKEUP CASES SOLD EMPTY, SMALL CASES FOR DOCUMENTS, TRAVELING CASES, TOILET AND MAKEUP CASES SOLD EMPTY, PURSES, WALLETS, BRIEF CASES, DOCUMENT CASES, BUSINESS CARD CASES, STRAPS FOR LUGGAGE AND HANDBAGS, WALKING STICKS, WHIPS AND SADDLERY; UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; NECKTIES; NECKWEAR; NEGLGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; UNDERSHIRTS; SHOES; SWEAT SHORTS; SKIRTS; SKI SUITS;

SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 023149400, DATED 2-21-2002, EXPIRES 2-21-2012.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

SER. NO. 76-437,088, FILED 8-2-2002.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: **9, 14, 18, 25 and 26**

Prior U.S. Cls.: **1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 37, 38, 39, 40, 41, 42 and 50**

Reg. No. 3,002,132

## United States Patent and Trademark Office

Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE (FRANCE SOCI-
ÉTÉ ANONYME)
30, AVENUE MONTAIGNE
F-75008 PARIS
FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS, NAMELY, SPECTACLES, SUNGLASSES,
ANTI-GLARE GOGGLES FOR USE IN SPORTS,
SPORTS EYEWEAR, SPECTACLE GLASSES, SPEC-
TACLE CASES, MONOCLES, BINOCULARS,
MONOCULARS, SPECTACLE FRAMES, MONOCU-
LAR FRAMES, CONTACT LENSES, CONTAINERS
FOR CONTACT LENSES; CASES FOR TELE-
PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS AND ALLOYS THERE-
OF OTHER THAN FOR DENTAL USE; JEWELRY;
JEWELRY CHAINS; CHARMS, MEDALS; PRE-
CIOUS STONES; TIMEPIECES, CHRONOMETRIC
INSTRUMENTS, CASES FOR CLOCK AND
WATCH-MAKING, WATCHSTRAPS; FANCY
KEYRINGS OF PRECIOUS METAL; CIGAR AND
CIGARETTE CASES OF PRECIOUS METAL;
MATCH HOLDERS OF PRECIOUS METALS; PINS
BEING JEWELRY; HAT ORNAMENTS OF PRE-
CIOUS METAL, SHOE ORNAMENTS OF PRECIOUS
METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS THEREOF
SOLD IN BULK; SCHOOL BAGS, HANDBAGS,
RUCKSACKS, TRUNKS AND SUITCASES, LEA-
THER SATCHELS, TRAVEL BAGS AND LUGGAGE,
BUSINESS CASES, UNFITTED VANITY CASES
SOLD EMPTY, ATTACHE CASES, LEATHER TRA-
VELING BAG SETS, LEATHER BRIEFCASES, LEA-

THER KEY CASES, UNFITTED TOILETRY AND
MAKE-UP BAGS SOLD EMPTY, WALLETS, PURSES
NOT OF PRECIOUS METAL, BRIEFCASES, BUSI-
NESS CARD CASES; UMBRELLAS, PARASOLS
AND WALKING STICKS, WHIPS AND SADDLERY,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN
AND CHILDREN, NAMELY– ANORAKS; APRONS;
ASCOTS; BABUSHKAS; BANDANAS; BATHING
SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES;
BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOX-
ER SHORTS; BRASSIERES; BRIEFS; BABY BUNT-
INGS; CAFTANS; CAMISOLES; CAPES; CAPS;
CARDIGANS; CHEMISES; CLOGS; CLOTH DIA-
PERS; FUR COATS; SUIT COATS; TOP COATS;
CORSELETS; CULOTTES; DRESSES; EARMUFFS;
GALOSHES; GARTER BELTS; GIRDLES; GLOVES;
NIGHTGOWNS; HALTER TOPS; HATS; HEAD-
BANDS; HOSIERY; JACKETS; JEANS; JOGGING
SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMO-
NOS; LEGGINGS; LEOTARDS; LOUNGEWEAR;
MITTENS; MOCCASINS; MUFFLERS; NECKERCH-
IEFS; NECKTIES; NECKWEAR; NEGLIGEES;
NIGHTSHIRTS; OVERALLS; OVERCOATS; OVER-
SHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS;
PANTYHOSE; PARKAS; PEDAL PUSHERS;
PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET
SQUARES; PONCHOS; PULLOVERS; RAINCOATS;
SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS;
NIGHTSHIRTS; UNDERSHIRTS; SHOES; GYM
SHORTS; SWEAT SHORTS; SKIRTS; SKI SUITS;
SLACKS; SNOWSUITS; SOCKS; SPORT COATS;
SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUS-
PENDERS; SWEAT PANTS; SWEAT SHIRTS; SWEA-
TERS; T-SHIRTS; TROUSERS; TUXEDOS;

UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; ORNAMENTAL NOVELTY BADGES; BUTTONS FOR CLOTHING, SNAP FASTENERS, HABERDASHERY, NAMELY, HOOKS AND EYELETS; BODKINS, BELT CLASPS; HAT ORNAMENTS NOT OF PRECIOUS METAL, SHOE ORNAMENTS NOT OF PRECIOUS METAL, SAFETY PINS AND SHOE-MAKERS' NEEDLES, SEWING NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 9-5-2003 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0828989 DATED 2-13-2004, EXPIRES 2-13-2014.

OWNER OF U.S. REG. NOS. 519,367, 2,749,176 AND OTHERS.

SER. NO. 79-003,878, FILED 2-13-2004.

SCOTT BALDWIN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,541,171**

**Registered June 3, 2014**

**Int. Cls.: 9, 14, 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRISTIAN DIOR COUTURE (FRANCE SOCIÉTÉ ANONYME)
30 AVENUE MONTAIGNE
F-75008 PARIS
FRANCE

FOR: BLANK MAGNETIC RECORDING MEDIA, SOUND RECORDING OR OPTICAL DISKS, FLOPPY DISKS; BLANK COMPACT DISKS; SOFTWARE BEING RECORDED PROGRAMS, NAMELY, COMPUTER SOFTWARE IN THE FIELDS OF FASHION SHOWS, PRESENTATION OF PRODUCTS, NAMELY, CLOTHING, FOOTWEAR, HEADGEAR, LEATHER GOODS, JEWELRY, TELECOMMUNICATION APPARATUS, SPECTACLES AND RELATED FASHION ACCESSORIES; SPECTACLES BEING OPTICS; OPTICAL GOODS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE GOGGLES FOR USE IN SPORTS, SPORTS EYEWEAR, SPECTACLE CASES, SPECTACLE FRAMES; SPECTACLE CASES; PORTABLE TELE-PHONES; TELEPHONE APPARATUS AND PERIPHERALS THEREOF, NAMELY, CASES, TELEPHONE EARPHONES AND MICROPHONES; DICTATING MACHINES; ELECTRONIC AGENDAS; CHARGERS FOR ELECTRIC BATTERIES; ANTENNAS; CAMERAS; LOUD-SPEAKERS; CHAINS FOR SPECTACLES, MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; PRECIOUS AND SEMI-PRECIOUS STONES AND IMITATIONS THEREOF, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, PRECIOUS METALS AND ALLOYS THEREOF; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES OF PRECIOUS METAL; BOXES OF PRECIOUS METAL; WATCH CASES, BRACELETS, CHAINS, SPRINGS OR GLASSES; KEY RINGS BEING TRINKETS OR FOBS OF PRECIOUS METAL; CASES OR PRESENTATION CASES, NAMELY, BOXES FOR TIMEPIECES; MEDALS; CHARMS; EARRINGS MADE OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER; TRUNKS AND SUITCASES; UMBRELLAS, PARASOLS AND WALKING STICKS; WALLETS; PURSES, NAMELY, COIN PURSES; HANDBAGS, BACKPACKS, WHEELED BAGS; BAGS FOR CLIMBERS AND CAMPERS IN THE NATURE OF ALL-PURPOSE CARRYING BAGS; TRAVEL BAGS, BEACH BAGS, SCHOOL BAGS; CARD CASES BEING WALLETS; VANITY CASES SOLD EMPTY; KEY CASES AS LEATHER GOODS; TEXTILE BAGS OR MESH BAGS FOR SHOPPING; BAGS OR SMALL BAGS, NAMELY, ENVELOPES, POUCHES OF LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,541,171**   FOR: CLOTHING, NAMELY, T-SHIRTS, BLOUSES, JEANS, PANTS, SOCKS, SHORTS, UNDERWEAR, SHIRTS, NECKTIES, SWEATERS, PULLOVERS, SKIRTS, TROUSERS, COATS, JACKETS, RAINPROOF JACKETS AND COATS, SCARVES, WAISTCOATS, SKI SUITS, SWIMMING COSTUMES; HEADGEAR, NAMELY, HATS, CAPS; LEATHER OR IMITATION LEATHER CLOTHING, NAMELY, PANTS, DRESSES, SKIRTS, TROUSERS, COATS, JACKETS, GLOVES; BELTS BEING CLOTHING; FUR COATS; GLOVES BEING CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 770,799, 1,807,042 AND OTHERS.

PRIORITY DATE OF 9-25-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1165991 DATED 3-22-2013, EXPIRES 3-22-2023.

THE MARK CONSISTS OF THE STYLIZED LETTERS "CD".

SER. NO. 79-132,343, FILED 3-22-2013.

BERNICE MIDDLETON, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,853,081**

**Registered Nov. 17, 2015**

**Int. Cls.: 9, 14, 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

CHRISTIAN DIOR COUTURE (FRANCE SOCIÉTÉ ANONYME)
30 AVENUE MONTAIGNE
F-75008 PARIS
FRANCE

FOR: SPECTACLES; OPTICAL GOODS, NAMELY, SUNGLASSES, ANTI-GLARE GOGGLES FOR USE IN SPORTS, SPORT EYEWEAR, OPTICAL LENSES AND GLASSES; SPECTACLE FRAMES; SPECTACLE CASES; PORTABLE TELEPHONES; TELEPHONE APPARATUS, NAMELY, CASES, TELEPHONE EARPHONES AND MICROPHONES; CHAINS FOR SPECTACLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; PRECIOUS AND SEMI-PRECIOUS STONES AND IMITATIONS THEREOF; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, PRECIOUS METALS AND ALLOYS THEREOF; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES; BOXES OF PRECIOUS METAL; WATCH CASES, BRACELETS, CHAINS, SPRINGS AND GLASSES FOR WATCHES; KEY RINGS TRINKETS AND FOBS OF PRECIOUS METALS; STATUES, FIGURINES AND STATUETTES OF PRECIOUS METALS; CASES AND PRESENTATION CASES FOR TIMEPIECES; MEDALS; CHARMS; BUCKLES OF PRECIOUS METAL FOR JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER; ANIMAL SKINS, PELTS AND HIDES; TRUNKS AND SUITCASES; UMBRELLAS, PARASOLS; WALLETS; COIN PURSES; HANDBAGS; BACKPACKS; WHEELED BAGS; ALL-PURPOSE CARRYING BAGS; TRAVEL BAGS; BEACH BAGS, SCHOOL BAGS; BUSINESS CARD CASES; UNFITTED VANITY CASES; KEY CASES; TEXTILE AND MESH BAGS FOR SHOPPING; BAGS AND SMALL BAGS IN THE NATURE OF ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, SOCKS, UNDERWEAR, PULLOVERS, SKIRTS, DRESSES, COATS; FOOTWEAR; HEADWEAR, NAMELY, HATS, CAPS; LEATHER CLOTHING, NAMELY, JACKETS, COATS, DRESSES, SKIRTS, PANTS, HATS, GLOVES; BELTS; FURS, NAMELY, FUR COATS, FUR JACKETS, FUR HATS, FUR STOLES; GLOVES; SCARVES; NECKTIES; HOSIERY; SOCKS; BEDROOM SLIPPERS; BEACH, SKI AND SPORTS FOOTWEAR; UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 770,799, 4,162,831 AND OTHERS.

**Reg. No. 4,853,081** PRIORITY DATE OF 10-21-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1205417 DATED 1-9-2014, EXPIRES 1-9-2024.

THE MARK CONSISTS OF THE STYLIZED LETTERS "CD".

SER. NO. 79-147,831, FILED 1-9-2014.

MICHELE SWAIN, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.



# The United States of America

No 1816812

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eighteenth day of January 1994.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-130
(Rev. 8-89)

Int. Cl.: 16

Prior U.S. Cls.: 11, 14, 22, 23, 26, 29, 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,816,812
Registered Jan. 18, 1994

## TRADEMARK
### PRINCIPAL REGISTER

# Christian Dior

CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: ACCOUNT BOOKS; ACCOUNTING FORMS; ADDING MACHINE PAPER; ADDRESS BOOKS; ADDRESS LABELS; ADHESIVE DISPENSERS FOR OFFICE USE; ADHESIVE TAPE DISPENSERS FOR STATIONERY USE; ADHESIVE TAPE FOR STATIONERY PURPOSES; ALMANACS; ANNIVERSARY BOOKS; ANNOUNCEMENT CARDS; APPOINTMENT BOOKS; ART PAPER; ART PICTURES; ART SKETCHING BOARDS; ARTISTS' BRUSHES; ARTS AND CRAFT PAINT KITS; ATLASES; AUTOGRAPH BOOKS; BABY BOOKS; BALL-POINT PENS; BANK CHECKS; BATHROOM TISSUE; BINDERS; BLANK LABELS; BLOTTERS; BLUEPRINTS; BOND PAPER; BOOK BINDINGS; BOOK COVERS; BOOK HOLDERS; BOOK PLATES; BOOKENDS; BOOKMARKS; BULLETIN BOARDS; BUSINESS CARDS; BUSINESS FORMS; BUSINESS RECORD BOOKS; CALENDAR DESK PADS; CALENDAR STANDS; CALENDARS; CANVAS FOR PAINTING; CARDBOARD BOXES; CARBON PAPER; CARD FILES; CARDBOARD; CARDBOARD CONTAINERS; CARDBOARD MAILING TUBES; CARDS BEARING GREETINGS; CARICATURES; CHALK; CHALK BOARDS FOR SCHOOL AND HOME USE; CHALK ERASERS; CHARCOAL PENCILS; CHECK BOOKS; CHECKBOOK HOLDERS; CHILDREN'S BOOKS; CLIP BOARDS; COASTERS MADE OF PAPER; COIN ALBUMS; COIN HOLDERS; COLORING BOOKS; COMPOSITION BOOKS; CONFETTI; CONSTRUCTION PAPER; COOK BOOKS; COPY BOOKS; COPY PAPER; COPYHOLDERS; CORKBOARD PINS; CORRECTING FLUID FOR TYPE; CORRESPONDENCE HOLDERS; COSMETIC PENCIL SHARPENERS; COUPON BOOKS; COUPONS; CRAFT PAPER; CRAYONS; CREDIT CARDS; CREPE PAPER; CROSSWORD PUZZLES; DAILY PLANNERS; DATE BOOKS; DECALS; DECORATIVE PAPER CENTERPIECES; DESK FILE TRAYS; DESK STANDS AND HOLDERS FOR PENS, PENCILS, AND INK; DESK TOP ORGANIZERS; DIARIES; DICTATION BOOKS; DICTIONARIES; DISPOSABLE DIAPERS; DISPOSABLE WIPES NOT IMPREGNATED WITH CHEMICALS OR COMPOUNDS; DRAWING BOARDS; DRAWING BRUSHES; DRAWING COMPASSES; DRAWING CURVES; DRAWING INSTRUMENTS; DRAWING PENCILS; DRAWING RULERS; DRAWING SHIELDS; DRAWING SQUARES; DRAWING TEMPLATES; DRAWING TRAYS; DRAWING TRIANGLES; DRY TRANSFER CHARACTERS; DUPLICATING INK; EASELS; ELECTRIC PENCIL SHARPENERS; EMBROIDERY DESIGN PATTERNS; ENGAGEMENT BOOKS; ENGRAVINGS; ENVELOPES; ERASER DUSTING BRUSHES; ELECTRIC ERASERS; ELECTRICAL WOOD BURNING ARTISTS' PENS; ETCHINGS; EXERCISE BOOKS; EXPENSE BOOKS; FACIAL TISSUE; FILE CARDS; FILE FOLDERS; FILE SORTERS; FILING CARDS; FILLER PAPER; FOUNTAIN PENS; GAZETTEERS; GENERAL FEATURE MAGAZINES; GENERAL PURPOSE PLASTIC BAGS; GIFT CARDS;

2             1,816,812

GLOBES; GLUE FOR STATIONERY OR HOUSEHOLD USE; GREETING CARDS; GROCERY BAGS; GUEST BOOKS; GUMMED PAPER; GUMMED TAPE FOR STATIONERY USE; HANGING FOLDERS; ILLUSTRATIO. S; INDEX BOOKS; INDEX CARDS; INDIA INK; INK PENS; INKING PADS; LABEL PRINTING MACHINES; LAP BOARDS FOR READING AND WRITING; LEDGER BOOKS; LETTER FILES; LETTER OPENERS; LETTER RACKS; LETTERING GUIDES; LITHOGRAPHS; LOG BOOKS; LOOSE LEAF BINDERS; LOOSE LEAF PAPER; MAGNETIC BOARDS; MAGNETIC PAPER; MAPS; MARKERS; MARKING TABS; MASKING PAPER; MAT BOARDS; MEMO SORTERS; MEMORANDUM BOARDS; MEMORANDUM BOOKS; MODELING CLAY; MOUNTED PHOTOGRAPHS; MOUNTING BOARDS; MURALS; NEWSPAPER CARTOONS; NEWSPAPER COMIC STRIPS; NEWSPAPERS FOR GENERAL CIRCULATION; NON-ELECTRIC ERASERS; NOTE BOOKS; NOTE CARDS; NOTE PADS; NOTE PAPER; NUMBERING GUIDES; OCCASION CARDS; ORDER FORMS; PERSONAL ORGANIZERS; ORGANIZERS FOR STATIONERY USE; PACKAGING MATERIALS FOR PACKING; PACKING PAPER; PAINT APPLICATORS; PAINT BRUSHES; PAINT BUCKETS; PAINT STICK MARKERS; PAINT STIRRERS AND PADDLES; PAINT TRAYS; PAINTING PALETTES; PAINTING SETS FOR ARTISTS; PAINTING SETS FOR CHILDREN; PAINTINGS; PAPER BAGS; PAPER BANNERS; PAPER BIBS; PAPER BLINDS; PAPER BOARDS; PAPER BOWS FOR GIFT WRAP; PAPER BOXES; PAPER CAKE DECORATIONS; PAPER CLIPS; PAPER CLOSURES FOR SEALING CONTAINERS; PAPER CLOTHS FOR POLISHING AND CLEANING; PAPER CONTAINERS; PAPER CUTTERS; PAPER DOILIES; PAPER ENVELOPES FOR PACKAGING; PAPER EXPANDING FILES; PAPER FASTENERS; PAPER FLAGS; PAPER FOR RECORDING MACHINES; PAPER GIFT WRAPPING RIBBONS; PAPER HANDKERCHIEFS; PAPER HOLE PUNCHES; PAPER IDENTIFICATION TAGS; PAPER ILLUSTRATION BOARDS; PAPER MACHE; PAPER MACHE FIGURINES; PAPER MAIL POUCHES; PAPER MATS; PAPER NAME BADGES; PAPER NAPKINS; PAPER OR CARDBOARD PICTURE MOUNTS; PAPER PARTY BAGS; PAPER PARTY DECORATIONS; PAPER PARTY HATS; PAPER PENNANTS; PAPER PLACEMATS; PAPER RACKS; PAPER RIBBONS; PAPER SIGN HOLDERS; PRINTED PAPER SIGNS; PAPER STAPLERS; PAPER STOCK; PAPER TABLE LINENS; PAPER TAPE; PAPER TOWELS; PAPER TRAY COVERS; PAPER TRAYS; PAPER WASHCLOTHS; PAPERBOARD; PAPERWEIGHTS; PATTERNS FOR MAKING CLOTHES; PEN AND PENCIL TRAYS; PEN CASES; PENCIL BOXES; PENCIL CASES; PEN HOLDERS; PENCIL HOLDERS; PENCIL LEADS; DECORATIVE PENCIL TOP ORNAMENTS; PENCILS; PENS; PHOTO ENGRAVINGS; PHOTOGRAPH ALBUMS; PHOTOGRAPH MOUNTS; PHOTOGRAPHIC CROPPERS; PHOTOGRAPHIC PRINTS; PICTORIAL PRINTS; PICTURE BOOKS; PICTURE FRAMING MAT BOARDS; PICTURE POSTCARDS; PICTURES; PLASTIC BAGS FOR PACKAGING; PLASTIC BAGS FOR UNDERGARMENT DISPOSAL; PLASTIC DISPOSABLE DIAPER BAGS; PLASTIC SANDWICH BAGS; PLASTIC SHEETS AND LABELS FOR WRITING PRINTING AND MARKING; PLASTIC TRASH BAGS; PLASTIC WRAP; PLAYING CARD CASES; PLAYING CARDS; POCKET CALENDARS; POCKET PEN SHIELDS; POCKET SECRETARIES; PORTRAITS; POSTCARDS; POSTER BOARD; POSTERS; PRICE TAGS; PRINTED AWARDS; PRINTED CHARTS; PRINTED EMBLEMS; PRINTED FORMS; PRINTED LABELS NOT OF TEXTILE; PRINTED MUSIC BOOKS; PRINTED PAPER SIGNS; PRINTED PATTERNS; PRINTED TICKETS; PRINTING FONTS; PRINTING PAPER; PROTRACTORS; RECEIPT BOOKS; RECIPE BOOKS; RECORD CARDS; REINFORCED STATIONERY TABS; REPORTERS' NOTE BOOKS; REPRODUCTION PAPER; RUBBER FINGER TIPS; RUBBER STAMPS; SANDWICH BAGS; SCORE SHEETS; SCRAPBOOKS; SCRATCH PADS; SEALING WAX; SHEET MUSIC; SHEET MUSIC STANDS; SHELF PAPER; SHIPPING LABELS; SKETCH BOOKS; SKETCHES; SLATE BOARDS FOR WRITING; SONG BOOKS; STAMP ALBUMS; STAMP PADS; STAPLE REMOVERS; STAPLES; STATIONERY; STATIONERY BOXES; STATIONERY FOLDERS; STATIONERY WRITING PAPER AND ENVELOPES; STATIONERY TYPE PORTFOLIOS; STENCILS; STICKERS; T-SQUARES; TAILORS' CHALK; TELEPHONE DIRECTORIES; TELEPHONE INDEXES; TELEPHONE NUMBER BOOKS; TERRESTRIAL GLOBES; THUMBTACKS; PRINTED TIMETABLES; TISSUE PAPER; TOILET PAPER; TRACING PAPER; TRADING CARDS; PAPER TRANSPARENCIES; PLASTIC TRANSPARENCIES; TRAVEL BOOKS; TYPEWRITER PAPER; TYPEWRITER PRINT-WHEELS; TYPEWRITER RIBBONS; TYPEWRITER TYPING ELEMENTS; TYPEWRITERS; UNMOUNTED PHOTOGRAPHS; VACUUM CLEANER BAGS; VOUCHER BOOKS; WALL CALENDARS; WALLCO-

VERING SAMPLE BOOKS; WATERCOLOR PICTURES; WEDDING BOOKS; WIREBOUND BOOKS; WRAPPING PAPER; WRITING INK; WRITING PADS; WRITING PAPER; WRITING TABLETS, IN CLASS 16 (U.S. CLS. 11, 14, 22, 23, 26, 29, 37 AND 38).

OWNER OF FRANCE REG. NO. 1324174, DATED 8–8–1985, EXPIRES 8–8–1995.

OWNER OF U.S. REG. NOS. 519,367, 1,546,435 AND OTHERS.

THE NAME IN THE MARK DOES NOT IDENTIFY THE NAME OF ANY KNOWN, LIVING INDIVIDUAL, BUT INSTEAD IS THE NAME OF THE FOUNDER OF APPLICANT'S EDECESSOR, NOW DECEASED.

SER. NO. 74–180,610, FILED 6–26–1991.

PAUL E. FAHRENKOPF, EXAMINING ATTOR-NEY