# EXHIBIT 4
## TO THE COMPLAINT

**REDACTED**